IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

FRANKLIN C. EDMONDS,

    Plaintiff,

v.

    Case No.: 09-cv-315-bbc

RAWSON CONTRACTORS, INC.,

    Defendant.

---

## DISMISSAL ORDER

---

    Pursuant to the Stipulation For Dismissal executed by both parties and filed herein,

    IT IS ORDERED, that the above-entitled action be, and it hereby is, dismissed on its merits, with prejudice, but without costs to any party.

Dated: Aug. 31, 2009

BY THE COURT:

*Barbara B. Crabb*
Barbara B. Crabb
District Judge

00058771.DOC